AO 91 (Rev. 11/11)  Criminal Complaint



FILED

DEC – 6 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>LIEN KIM THI PHAN<br>a/k/a "NANCY PHAN,"<br><br>HON LAM LUK,<br><br>DUOUNG THUY NGUYEN<br>a/k/a "EVE NGUYEN"<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.  1:19-MJ-515<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 2019 to December 2019___ in the county of ___Fairfax___ in the ___Eastern___ District of ___Virginia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.


*Complainant's signature*

Reviewed by AUSA/SAUSA:

AUSAs Jay Prabhu and Bibeane Metsch

Special Agent Donald A. Mockenhupt, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___6 Dec 19___

City and state: ___Alexandria, Virginia___

 /s/ _____
Ivan D. Davis
United States Magistrate Judge