## Criminal Case Cover Sheet

**U.S. District Court**

| | |
|---|---|
| **FILED:** | REDACTED |

**Place of Offense:**  ☒ Under Seal

**Judge Assigned:** Davis

City: Chantilly   Superseding Indictment: [blank]   **Criminal No.** [blank]

County: Fairfax   Same Defendant: X   **New Defendant:** [blank]

Magistrate Judge Case No. 1:19-MJ-515   **Arraignment Date:** [blank]

Search Warrant Case No. [blank]   R. 20/R. 40 From: [blank]

### Defendant Information:

**Defendant Name:** Lien Kim Thi PHAN   Alias(es): "Nancy Phan"   ☐ Juvenile  FBI No. 845248AE6

**Address:** Fairfax, VA

**Employment:** [blank]

**Birth Date:** XX/XX/1985  **SSN:** XXX-XX-2319  **Sex:** Female  **Race:** Asian  **Nationality:** [blank]

**Place of Birth:** [blank]  **Height:** 5'1"  **Weight:** 105 lbs  **Hair:** Blonde  **Eyes:** Blue  **Scars/Tattoos:** [blank]

☐ Interpreter  **Language/Dialect:** [blank]  **Auto Description:** [blank]

### Location/Status:

**Arrest Date:** [blank]  ☐ Already in Federal Custody as of: [blank]  in: [blank]

☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not In Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond [blank]

### Defense Counsel Information:

**Name:** [blank]  ☐ Court Appointed  **Counsel Conflicts:** [blank]

**Address:** [blank]  ☐ Retained

**Phone:** [blank]  ☐ Public Defender    ☐ Federal Public Conflicted Out

### U.S. Attorney Information:

**AUSA(s):** AUSAs Jay Prabhu and Bibeane Metsch  **Phone:** 703-299-3700  **Bar No.** [blank]

### Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Donald A. Mockenhaupt, FBI

### U.S.C. Citations:

| | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 841 and 84 | Conspiracy to Distribute 50 Grams | 1 | Felony |
| Set 2: | | | | |

**Date:** December 5, 2019   **AUSA Signature:** [signature]   *may be continued on reverse*

# Criminal Case Cover Sheet

## U.S. District Court

FILED: REDACTED

**Place of Offense:** ☒ Under Seal

Judge Assigned: Davis

City: Chantilly

Superseding Indictment:

Criminal No.

County: Fairfax

Same Defendant: X

New Defendant:

Magistrate Judge Case No. 1:19-MJ-*5/<*

Arraignment Date:

Search Warrant Case No.

R. 20/R. 40 From:

## Defendant Information:

Defendant Name: Hon Lam LUK     Alias(es):     ☐ Juvenile  FBI No.

Address: Chantilly, VA

Employment:

Birth Date: XX/XX/1987     SSN: XXX-XX-2637     Sex: Male     Race: Asian     Nationality:

Place of Birth: Hong Kong     Height: 5'6"     Weight: 160 lbs     Hair: Brown     Eyes: Brown     Scars/Tattoos: Tattoo, left shoulder

☐ Interpreter  Language/Dialect:     Auto Description:

## Location/Status:

Arrest Date:     ☐ Already in Federal Custody as of:     in:

☐ Already in State Custody     ☐ On Pretrial Release     ☒ Not in Custody

☒ Arrest Warrant Requested     ☐ Fugitive     ☐ Summons Requested

☐ Arrest Warrant Pending     ☐ Detention Sought     ☐ Bond

## Defense Counsel Information:

Name:     ☐ Court Appointed  Counsel Conflicts:

Address:     ☐ Retained

Phone:     ☐ Public Defender     ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

AUSA(s): Jay Prabhu and Bibeane Metsch     Phone: 703-299-3700     Bar No.

## Complainant Agency – Address & Phone No. or Person & Title:

Special Agent Donald A. Mockenhaupt, FBI

## U.S.C. Citations:

| | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 841 and 84 | Conspiracy to Distribute 50 Grams | 1 | Felony |
| Set 2: | | | | |
| Date: | December 5, 2019 | AUSA Signature: | | *may be continued on reverse* |

## Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

☒ Under Seal

**Judge Assigned:** Davis

City: Chantilly

Superseding Indictment: 

**Criminal No.** 

County: Fairfax

Same Defendant: X

New Defendant: 

Magistrate Judge Case No. 1:19-MJ-515

**Arraignment Date:** 

Search Warrant Case No. 

R. 20/R. 40 From: 

### Defendant Information:

**Defendant Name:** Duong Thuy NGUYEN    Alias(es): "Eve Nguyen"    ☐ Juvenile    FBI No. T8DKT0066

**Address:** Chantilly, VA

**Employment:** 

**Birth Date:** XX/XX/1992    **SSN:** XXX-XX-1718    **Sex:** Female    **Race:** Asian    **Nationality:** 

**Place of Birth:** Vietnam    Height: 5'2"    Weight: 115 lbs    Hair: Blonde    Eyes: Brown    Scars/Tattoos: 

☐ Interpreter    **Language/Dialect:**     Auto Description: 

### Location/Status:

**Arrest Date:**     ☐ Already in Federal Custody as of:     In: 

☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

### Defense Counsel Information:

**Name:**     ☐ Court Appointed    Counsel Conflicts: 

**Address:**     ☐ Retained

**Phone:**     ☐ Public Defender    ☐ Federal Public Conflicted Out

### U.S. Attorney Information:

**AUSA(s):** Jay Prabhu and Bibeane Metsch    **Phone:** 703-299-3700    Bar No. 

### Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Donald A. Mockenhaupt, FBI

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 841 and 84 | Conspiracy to Distribute 50 Grams a | 1 | Felony |
| Set 2: | | | | |

**Date:** December 5, 2019    **AUSA Signature:**     *may be continued on reverse*