AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**FILED DEC - 9 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

United States of America
v.
LIEN KIM THI PHAN
a.k.a. "NANCY PHAN",

Case No. 1:19-MJ-515

~~UNDER SEAL~~

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) LIEN KIM THI PHAN a/k/a "NANCY PHAN",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance in Violation of Title 21, United States Code, Sections 841(a)(1) and 846

Date: 6 Dec 19

/s/
Ivan D. Davis
United States Magistrate Judge
*Issuing officer's signature*

City and state: Alexandria, VA

*Printed name and title*

### Return

This warrant was received on (date) 12/6/19, and the person was arrested on (date) 12/9/19
at (city and state) Fairfax, VA.

Date: 12/9/19

*Arresting officer's signature*

DA Mockenhaupt FBI/SA
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:19-MJ-515 |
| HON LAM LUK, | ) |
| | ) ~~UNDER SEAL~~ |
| | ) |
| | ) |
| Defendant | |

**FILED DEC - 9 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* HON LAM LUK,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance in Violation of Title 21, United States Code, Sections 841(a)(1) and 846

Date: 6 Dec 19

/s/ Ivan D. Davis
United States Magistrate Judge
*Printed name and title*

City and state: Alexandria, VA

---

**Return**

This warrant was received on *(date)* 12/6/19, and the person was arrested on *(date)* 12/9/19
at *(city and state)* Chantilly, VA.

Date: 12/9/19

*Arresting officer's signature*

D. A. Modenhaupt   FBI/SA
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.

DUONG THUY NGUYEN
a.k.a. "EVE NGUYEN",

Defendant

)
)
) Case No. 1:19-MJ-515
)
) ~~UNDER SEAL~~
)
)

F I L E D
DEC - 9 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DUONG THUY NGUYEN a/k/a "EVE NGUYEN",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance in Violation of Title 21, United States Code, Sections 841(a)(1) and 846

Date: 6 Dec 19

City and state: Alexandria, VA

/s/
*Issuing officer's signature*
Ivan D. Davis
United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/6/19, and the person was arrested on *(date)* 12/9/19
at *(city and state)* Annandale, VA.

Date: 12/9/19

*Arresting officer's signature*
DA Mockenhaupt   FBI/SA
*Printed name and title*