UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

HEARING: **R5**  CASE #: **19mJ515**

-VS-

DATE: **12/9/19**  TIME: **2:30pm**

**Lien Kim Thi Phan; Duong Thuy Nguyen and Hon Lam Luk**

TYPE: FTR RECORDER   DEPUTY CLERK: T. FITZGERALD

COUNSEL FOR THE UNITED STATES: **B. Metsch**

COUNSEL FOR THE DEFENDANT: **w/o**

INTERPRETER: _____ LANGUAGE: _____

( X ) DEFENDANT APPEARED:  ( ) WITH COUNSEL    ( X ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( X ) COURT TO APPOINT COUNSEL **CJA & FPD**    ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( ) EXHBIT # _____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: **USA seeks detention - Granted.**

CONDITIONS OF RELEASE:
($     ) UNSECURED ($     ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED •
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH
TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: **12/12/19** at **2:00pm** Before **TCB**
( X ) DH ( X ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) R5