IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIEN KIM THI PHAN a/k/a "NANCY )<br>PHAN," HON LAM LUK, and DUONG )<br>THUY NGUYEN a/k/a "EVE NGUYEN" )<br>)<br>Defendants. ) | Case No: 1:19-MJ-00515-TCB |

## NOTICE OF APPEARANCE OF SUBSTITUTE COUNSEL

The Clerk will please note the appearance of Steven David Stone, Esquire and Alfredo Acin, Esquire as substitute counsel for Defendant HON LAM LUK in the above-captioned matter.

Respectfully submitted,

HON LAM LUK

By Counsel,

*/s/ Alfredo Acin*
Alfredo Acin, VSB # 76445
OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1500
Tysons Corner, Virginia 22182
Telephone: (703) 745-1827
Facsimile: (703) 745-1835
aacin@offitkurman.com

and

Steven David Stone, Virginia Bar No. 16996
OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1500
Tysons Corner, Virginia 22182
Telephone: (703) 745-1813
Facsimile: (703) 745-1835
sstone@offitkurman.com
*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2019, I will electronically file the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

**Bibeane Metsch**
**Jay V Prabhu**
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Email: Bibeane.metsch@usdoj.gov
Email: jay.prabhu@usdoj.gov
*Counsel for the United States of America*

**Gregory Todd Hunter**
Law Office of Gregory Hunter
2055 North 15th Street, Suite 302
Arlington, VA 22201
Email: greghunter@mail.com *Counsel for Defendant Hon Lam Luk*

**Jay Paul Mykytiuk**
Scrofano Law PC
406 5th St NW, Suite 100
Washington, DC 20001
Email: jpm@scrofanolaw.com
*Counsel for Defendant Duong Thuy Nguyen*

**Ann Mason Rigby**
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
Email: ann_rigby@fd.org
*Counsel for Defendant Lien Kim Thi Phan*

*/s/ Alfredo Acin*
Alfredo Acin, Virginia Bar No. 76445
OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1500
Tysons Corner, Virginia 22182
Telephone: (703) 745-1800
Facsimile: (703) 745-1835
aacin@offitkurman.com
*Counsel for Defendant Hon Lam Luk*