AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| Hon Lam Luk | ) Case No. 19mJ515 |
| Defendant | ) |

F I L E D
DEC 1 2 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 12/12/19

_____
Defendant's signature

_____
Signature of defendant's attorney

Steven David Stone  #16996
Printed name and bar number of defendant's attorney

8000 Towers Crescent Dr., #1400, Tysons, Va. 22182
Address of defendant's attorney

sstone@offitkurman.com
E-mail address of defendant's attorney

703-745-1813
Telephone number of defendant's attorney

703-745-1835
FAX number of defendant's attorney

AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America )
v. )
Duong Thuy Nguyen ) Case No. 1:19mj-515-03
Defendant )
)

**FILED DEC 12 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 12/12/19

_____
Defendant's signature

_____
Signature of defendant's attorney

Jay P. Mykytiuk, 73592
Printed name and bar number of defendant's attorney

Scrofano Law, PL
406 5th St. NW #100
Washington, DC 20001
Address of defendant's attorney

jpm@scrofanolaw.com
E-mail address of defendant's attorney

202-630-1522
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney