IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No: 1:19-MJ-00515-TCB |
| Plaintiff, | ) 21 U.S.C. §§ 841(a)(1) and 846 |
| | ) Court Date: December 12, 2019 |
| v. | ) INITIAL APPEARANCE |
| | ) |
| LIEN KIM THI PHAN a/k/a "NANCY PHAN," HON LAM LUK, and DUONG THUY NGUYEN a/k/a "EVE NGUYEN" | ) |
| | |
| Defendants. | |

### NOTICE OF APPEARANCE

The Clerk will please note the appearance of Steven David Stone, Esquire as substitute counsel for Defendant, HON LAM LUK, in the above-captioned matter.

    Respectfully Submitted,

    HON LAM LUK

    By Counsel,

    _____/s/_*Steven David Stone*_____
Steven David Stone (VSB # 16996)
Alfredo Acin (VSB # 76445)
8000 Towers Crescent Drive, Suite 1500
Tysons Corner, Virginia 22182
Tel.: (703) 745-1813
Fax: (703) 745-1835
sstone@offitkurman.com
aacin@offitkurman.com
*Counsel for Defendant, Hon Lam Luk*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2019, I will electronically file the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

**Bibeane Metsch**
**Jay V Prabhu**
US Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
Email: Bibeane.metsch@usdoj.gov
Email: jay.prabhu@usdoj.gov
*Counsel for the United States of America*

**Gregory Todd Hunter**
Law Office of Gregory Hunter
2055 North 15th Street
Suite 302
Arlington, VA 22201
Email: greghunter@mail.com
*Counsel for Defendant Hon Lam Luk*

**Jay Paul Mykytiuk**
Scrofano Law PC
406 5th St NW
Suite 100
Washington, DC 20001
Email: jpm@scrofanolaw.com
Counsel for *Defendant Duong Thuy Nguyen*

**Ann Mason Rigby**
Office of the Federal Public Defender (Alexandria)
1650 King St
Suite 500
Alexandria, VA 22314
703-600-0800
Fax: 703-600-0880
Email: ann_rigby@fd.org
*Counsel for Defendant Lien Kim Thi Phan*

　　　/s/ _Steven David Stone_____
Steven David Stone (VSB # 16996)
Alfredo Acin (VSB # 76445)
8000 Towers Crescent Drive, Suite 1500
Tysons Corner, Virginia 22182
Tel.: (703) 745-1813
Fax: (703) 745-1835
sstone@offitkurman.com
aacin@offitkurman.com
*Counsel for Defendant, Hon Lam Luk*