AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20CR24 |
| HON LAM LUK | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date: 01/30/2020

/s/ Jay V. Prabhu
*Attorney's signature*

Jay V. Prabhu, AUSA
*Printed name and bar number*

Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

jay.prabhu@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3981
*FAX number*