AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:20-CR-24 (LMB) |
| HON LAM LUK | ) | |
| *Defendant* | ) | |

FILED IN OPEN COURT
JAN 30 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: January 30, 2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Steven David Stone
*Printed name of defendant's attorney*

_____
/s/
Leonie M. Brinkema    1/30/20
**United States District Judge**