FILED
IN OPEN COURT

JAN 30 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HON LAM LUK,<br><br>*Defendant.* | Case No. 1:20-CR-24 (LMB)<br><br>Count 1: 21 U.S.C. §§ 841(a) and 846<br>Conspiracy to Distribute Controlled Substances<br><br>Count 2: 21 U.S.C. § 841(a)<br>Possession With Intent to Distribute Controlled Substances<br><br>Forfeiture Notice: 21 U.S.C. § 853 |

## CRIMINAL INFORMATION

### COUNT ONE

*Conspiracy to Distribute Controlled Substances*

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning in or around September 2019, and continuing thereafter up to and including December 2019, the exact dates being unknown, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant, HON LAM LUK and others did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree, to unlawfully, knowingly, and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## COUNT TWO

*Possession with Intent to Distribute Controlled Substances*

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 9, 2019, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, HON LAM LUK, did unlawfully, knowingly, and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine, commonly referred to as MDMA or "ecstasy," a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## FORFEITURE NOTICE

THE UNITED STATES ATTORNEY FURTHER FINDS THAT:

Upon conviction of one or more of the controlled substances offenses alleged in Counts 1 and 2 of the Information, the defendant, HON LAM LUK, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

(Pursuant to Title 21, United States Code, Section 853 and Fed. R. Crim. P. 32.2(a).)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: January 30, 2020

By: _____
Bibeane Metsch
Jay V. Prabhu
Assistant United States Attorneys

3