JS 45 (01/2008)                    **FILED UNDER SEAL PURSUANT TO THE E-GOVERNMENT ACT OF 2002**

| Criminal Case Cover Sheet | | U.S. District Court |
|---|---|---|
| **Place of Offense:** | Under Seal: Yes x  No ___ | Judge Assigned: Brinkema |
| City ___ | Superseding Indictment ___ | Criminal Number: 1:20-cr-24 |
| County/Parish  Fairfax | Same Defendant  x   New Defendant ___ | |
| | Magistrate Judge Case Number  1:19-mj-515 | Arraignment Date: ___ |
| | Search Warrant Case Number ___ | |
| | R 20/R 40 from District of ___ | |
| | Related Case Name and No: ___ | |

**Defendant Information:**
**Juvenile** --Yes ___ No  X   **FBI #** ___
**Defendant Name:** Hon Lam LUK          Alias Name(s) ___
**Address:** 13514 Tabscott Drive, Chantilly, VA 20151
**Employment:** ___
**Birth date** 03/24/1987  **SS#** 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 **Sex** M **Def Race** Asian   Nationality ___   Place of Birth  Hong Kong
**Height** 5'06   **Weight** 160   **Hair** Brown   **Eyes** Brown   Scars/Tattoos  Tattoo L Shoulder, Tattoo R Shoulder
**Interpreter:** X No ___ Yes  List language and/or dialect: ___   Automobile Description ___

**Location Status:**
Arrest Date  12/09/2019
x  Already in Federal Custody as of   12/09/2019   in  Alexandria City, Virginia
___ Already in State Custody     ___ On Pretrial Release     ___ Not in Custody
___ Arrest Warrant Requested    ___ Fugitive                ___ Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought        ___ Bond

**Defense Counsel Information:**
Name:  Steven David Stone         ___ Court Appointed       Counsel conflicted out: ___
Address:  8000 Towers Crescent Dr. Suite 1500, Tysons Corner, VA 22182     x  Retained
Telephone: 703-745-1813           ___ Public Defender      Federal Public Defender's Office conflicted out: Yes

**U.S. Attorney Information:**
AUSA  Bibeane Metsch     Telephone No:  703-838-2627      Bar # ___

**Complainant Agency, Address & Phone Number  or Person & Title:**
Donald A. Mockenhaupt, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a) and 846 | Conspiracy to Distribute Controlled Substances | 1 | Felony |
| Set 2 | 21 U.S.C. § 841(a) | Possession with Intent to Distribute Controlled Substances | 2 | Felony |
| Set 3 | 21 U.S.C. § 853 | Forfeiture Notice | | |

(May be continued on reverse)

**Date:** January 28, 2020     Signature of AUSA: _[signature]_