# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 01/30/20    Judge: Brinkema    Reporter: A. Thomson
Time: 2:26pm - 3:10pm    Interpreter: ___
   Language: ___
**Probation Email**: x
**Jury Email**: ___

## UNITED STATES OF AMERICA
v.

HON LAM LUK      1:20cr24
Defendant's Name      Case Number

Steven Stone/Alfredo Acin      Bibeane Metsch/Jay Prabhu
**Counsel for Defendant:**      **Counsel for Government**

**Matter called for:**
[ ] Arraignment   [X] Pre-Indictment Plea   [ ] Change of Plea   [ ] Motions
[ ] Sentencing   [ ] Revocation Hearing   [ ] Docket Call   [ ] Appeal (USMC)
[ ] Other ___

Deft appeared: [X] in person   [ ] failed to appear   [X] with Counsel   [ ] without Counsel   [ ] through Counsel
**Filed in open court:**
[X] Information [X] Plea Agreement   [X] Statement of Facts [X] Waiver of Indictment [X] Under seal Addendum

**Arraignment & Plea:**
[ ] WFA   [X] FA   [X] PG   [ ] PNG   **Trial by Jury:** [ ] Demanded   [ ] Waived
[ ] Days to file Motions with Argument on ___ at ___
[X] Deft entered Plea of Guilty as to Count(s) 1, 2 of the [ ] Indictment -- [X] Criminal Information
[X] Plea accepted, **Guilty Count(s)** 1, 2
[ ] Motion for Dismissal of Count(s) ___ by [ ] US [ ] Deft
[ ] Order entered in open court   [ ] Order to follow
[X] Deft advised of appeal rights
[ ] Deft directed to USPO for PSI--- [X] Deft directed to cooperate with USPO for PSI
[X] Case continued to: 04/24/20 at 11:00am for:
[ ] Jury Trial   [ ] Bench Trial   [X] Sentencing   [ ] Status
**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted [ ] Denied
Sentence of ___ Months heretofore imposed is REDUCED to a term of ___

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of ___ months/days
Deft speaks English, does not need an intp
Forfeiture order filed & entered in open court

**Deft is:** [X] In Custody   [ ] Summons Issued   [ ] On Bond   [ ] Warrant Issued   [ ] 1st appearance

**Bond Set at**: $ ___   [ ] Unsecured   [ ] Surety   [ ] Personal Recognizance
[ ] Release Order Entered   [X] Deft Remanded   [ ] Deft Released on Bond   [ ] Deft Continued on Bond