

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HON LAM LUK,<br><br>*Defendant*. | Case No. 1:20-CR-24 (LMB) |

STATEMENT OF FACTS

The United States and the defendant, HON LAM LUK (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. From at least in or about September 2019 through at least in or about December 2019, in the Eastern District of Virginia and elsewhere, the defendant did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree, to unlawfully, knowingly, and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

2. On or about December 9, 2019, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant did unlawfully, knowingly, and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine, commonly referred to as MDMA or "ecstasy," a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The defendant personally possessed or was personally involved in the distribution of, or it was reasonably foreseeable to the defendant that he and his co-conspirators conspired to

distribute in furtherance of the conspiracy, at least 3,000 kilograms but less than 10,000 kilograms of converted drug weight.

4. During all relevant times, the defendant resided in Chantilly, Virginia, within the Eastern District of Virginia. The defendant agreed with others, both known and unknown, to distribute peach tablets being held out as Adderall for monetary gain. The peach tablets were advertised as Adderall through a darknet vendor using the moniker "addy4cheap." The defendant agreed with others to ship drugs ordered from "addy4cheap" on the Empire Market and Cryptonia through the U.S. Mail nationwide using postage paid for with cryptocurrency, specifically Bitcoin. The peach tablets that the defendant and his co-conspirators distributed were a mixture or substance that contained a detectable amount of methamphetamine.

5. In coordination with others both known and unknown, the defendant received at his residence in Chantilly, Virginia packages containing peach tablets for redistribution. The defendant communicated with co-conspirators in person and by phone using various messaging applications. The defendant's co-conspirators sent him lists of the names, addresses, and quantity of tablets for orders placed on "addy4cheap."

6. The defendant packaged peach tablets advertised as Adderall in order to fulfill orders placed on "addy4cheap." To avoid detection, the defendant and his co-conspirators (1) mailed drug parcels that did not have their true names and addresses listed as the return information, (2) deposited those parcels at various United States Parcel Service ("U.S.P.S.") collection boxes in the Eastern District of Virginia, (3) handled packages in a manner to avoid leaving fingerprints, and (4) operated in the late evening or early morning hours. Specifically, the defendant was seen dropping multiple parcels fulfilling "addy4cheap" purchases on at least September 27, September 30, October 2, October 4, October 7, October 8, and December 4, 2019.

Packages mailed by the defendant resembled those obtained through controlled purchases made by law enforcement through "addy4cheap."

7. When the defendant left the country for Vietnam at the end of October 2019, he had his wife and co-defendant, DUONG THUY NGUYEN, take over for him while he was away. He provided her with instructions regarding how to package the peach tablets and how to fulfill orders.

8. Between August 2019 and December 2019, law enforcement agents conducted 20 controlled purchases from "addy4cheap" on both the Empire Market and Cryptonia for a total of 767 peach tablets received weighing approximately 268 grams total. The tablets received by law enforcement had markings of "A D" and "30" which is consistent with known markings for 30 milligram Adderall tablets.

9. The Empire Market lists "addy4cheap" as becoming a member on May 24, 2019. As of December 10, 2019, "addy4cheap" had completed 3,665 sales on the Empire Market and received 2,568 reviews. These reviews included negative feedback from different customers stating that the tablets sold by "addy4cheap" were pressed and contained methamphetamine. Each review lists the total amount spent in U.S. dollars by the reviewing customer. Based on these reviews, as of December 10, 2019, "addy4cheap" had received approximately $482,572.10 from its sales on the Empire Market for an approximate 44,872 pills sold. Cryptonia listed "addy4cheap" as becoming a member on June 29, 2019. As of November 7, 2019, "addy4cheap" had fulfilled 140 transactions on Cryptonia.

10. On or about December 9, 2019, pursuant to a search warrant, law enforcement searched the defendant's residence. The defendant was found in possession of over 6,000 peach tablets weighing approximately 2.2 kilograms which resemble those advertised on "addy4cheap"

vendor pages and those received by law enforcement through controlled purchases. The defendant also had in his home multiple envelopes, baggies, raisin boxes, a printer and other materials consistent with the packaging materials used in parcels obtained through controlled purchases from "addy4cheap." In the defendant's home was also approximately over 400 grams of MDMA tablets, marijuana, vape cartridges, a money-counting machine, and approximately $8,985.00 in U.S. currency.

11. Also on or about December 9, 2019, pursuant to a search warrant, law enforcement searched the residence of two of the defendant's co-conspirators. In that residence law enforcement found 95 peach tablets resembling those advertised on "addy4cheap" vendor pages and those received during controlled purchases as well as 100 MDMA tablets. The peach tablets and the MDMA tablets were packaged in black foil bags similar to those received through law enforcement controlled purchases from "addy4cheap." In that residence was also approximately $7,059.00 in U.S. currency.

12. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

//
//
//
//
//

4

13. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: January 30, 2020        By: _____
Bibeane Metsch
Jay V. Prabhu
Assistant United States Attorneys

5

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, HON LAM LUK, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
HON LAM LUK

I am Steven David Stone, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Steven David Stone, Esq.
Attorney for HON LAM LUK