IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                   ) | 1:20-cr-24 (LMB) |
| ) | |
| HON LAM LUK,                              ) | |
| ) | |
| Defendant.                  ) | |

## ORDER

Due to the national emergency resulting from the spread of the Corona virus and in compliance with General Orders 2020-2, 2020-3, 2020-6, and 2020-7, it is hereby

ORDERED that the sentencing hearing scheduled for Friday, April 24, 2020 be and is CANCELLED, and it is further

ORDERED that the sentencing hearing be and is rescheduled to Friday, May 29, 2020 at 11:00 am.

The Clerk is directed to set the hearing deadlines and forward copies of this Order to counsel of record, the United States Marshals Service, and the United States Probation Office.

Entered this 30th day of March, 2020.

Alexandria, Virginia

/s/ *LMB*
Leonie M. Brinkema
United States District Judge