IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:20-CR-24 (LMB) |
| HON LAM LUK, | |
| *Defendant*. | |

**CONSENT MOTION TO CONTINUE SENTENCING DATE**

The United States, by and through undersigned counsel, hereby moves the Court for a continuance of the defendant's sentencing hearing, which is currently scheduled for May 29, 2020. Counsel for the defendant has advised that they consent to the filing of this motion and are available on the following upcoming Fridays: July 24, July 31, August 7, August 14, and August 21, when government counsel is also available.[1]  This request is made in light of the Court's General Order 2020-12, which, in relevant part, directed that all civil and criminal court hearings through June 10, 2020, would be continued and rescheduled for some time thereafter, absent some particularized need for the hearing to go forward.  In further support of this request, the parties submit the following:

The defendant has been in custody since his arrest on December 9, 2019.  On January 30, 2020, he waived indictment and pleaded guilty pre-indictment. (ECF No. 43.)  On April 27, 2020, the Court continued the sentencing hearing for one of the defendant's co-defendants in case

---

[1] Should the Court elect to hold sentencing outside of its normal Friday morning docket, the parties are also both available on June 16, 23, 24, 25, and 30, July 9, 14, 15, 16, 21, 22, 23, 28, 29, and 30, 2020.

1

number 1:20-CR-32 to July 17, 2020.  There is no urgency that requires bringing the defendant, counsel, the Court, and others in for a sentencing hearing in this matter.

Accordingly, the government moves the Court to continue the defendant's sentencing hearing to a date after June 10, 2020.

                                                          /s/
                                                     Bibeane Metsch
                                                     Jay V. Prabhu
                                                     Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2020, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which automatically sends a notification of such filing to all counsel of record.

                                                   /s/
                                                   Bibeane Metsch
                                                   Assistant United States Attorney