IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HON LAM LUK,<br><br>*Defendant*. | Case No. 1:20-CR-24 (LMB) |

## **ORDER**

Upon consent motion of the United States to continue the defendant's sentencing date, and for good cause shown, it is hereby ORDERED that the motion is granted, and it is further ORDERED that the defendant's sentencing hearing is continued to _____, 2020, at _____ a.m./p.m.

It is SO ORDERED.


Date: _____
      Alexandria, Virginia