IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:20-cr-24 (LMB) |
| | ) | |
| HON LAM LUK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Because of scheduling conflicts and there being no objection from counsel, it is hereby

ORDERED that the in-court sentencing hearing scheduled for Friday, July 24, 2020 be and is rescheduled to **Tuesday, July 21, 2020 at 9:30 am**.

Remote audio access to the hearing is available by dialing 1-877-336-1829 and using the access code 8896301.

The Clerk is directed to reset the hearing deadlines and forward copies of this Order to counsel of record, the United States Marshals Service, and the United States Probation Office.

Entered this 7th day of July, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge