# EXHIBIT 1

March 9, 2020

JUDGE BRINKEMA

RE: Hon Lam Luk

Dear Judge,

My name is Lai Fan Luk-Leung. I am Hon's mother. My son was always a good kid. I never have to worry about him. He always talks to me whether he is having a bad day or a good day at work. He is a very hard worker. He was working at two different job when he found out he had a kid. He is a good father to his son. He always plays with his kid even he had a long day at work. He insists of taking his kid to go to school every morning even he had to work late at night. He takes his kid out when he has a day off.  Also, he remembers my birthday every year. He always thought of a gift for me.  I remember when I got sick last year due to the flu. He saw me lying on the couch, and he rushed to bring me to the emergency room. I told him that I was fine, but he was too worry. He took care of me for the couple day. He cooked and did all the housework for me. When he sees me tired, he always offers me a massage.

I have talked to him every day since he went to the detention center. I know that he feels very sorry and regret for what he done. He told me that if he has a chance, he will never do it again, and he feel very stupid to make this mistake. He apology to me. He feels sorry that he disappointed me. He is ashamed of what he did. He wishes that he can get a second chance so that he can be a better son and better father to his kid. I do wish that you can give my son a chance to have less sentences. So, he can give back to the community. Thank you for your consideration.

Sincerely,

LAI FAN LUK-LEUNG