# EXHIBIT 2

March 9, 2020

JUDGE BRINKEMA

RE: HON LAM LUK

Dear Judge,

My name is Cheuk Yin Luk. I am Hon's father. I don't talk much with my son since I am a quiet person. I am not good at expressing myself. He usually talks to my wife. He always helps me out when he sees I need help. During the summer, he always helps me to mow the lawn. And in the winter clean up snow. I remember there was a bad snowstorm a couple years ago. he went out and bought me a snow blower, so I would not have to shovel anymore. During the summers, he would take us on family trips. Also, I remember he took me to a soccer game on my birthday. I was very surprised because I didn't think he would remember my favorite soccer team. I am very happy that my son is such a caring person. He always says he doesn't want me to work too hard since I am getting old. I know he always trys his best to take care of me.

Since this incident, I have visited him every week and he has been saying how very sorry he is for what he did. He has apologized to me and my wife many times. He told us when he comes out, he would work two to three jobs to support his son and us. I hope you will consider giving him a lessened sentence. I am sure he has learned a valuable lesson and will never do it again.

Sincerely,

Cheuk Yin Luk