# EXHIBIT 3

6060 California Cir., #106
Rockville, MD. 20852

March 7, 2020

Honorable Leonie M. Brinkema
U.S. Eastern District Court of Virginia
401 Courthouse Sq.
Alexandria, VA. 22314

RE: Hon Lam Luk

Dear Judge,

My name is Hiu Wai Luk. I am a bartender at the Hilton Garden Inn hotel. My brother and I always share the same room when we were growing up. We don't talk much but we were very close. He is a quiet person. He is always kind to me. When he sees me not happy, he will always try to cheer me up. When he sees someone needing help, he will always try to help. I remember on our parents' 30th anniversary, he bought my mom flowers and dinner, since our Dad is not the type of person would buy flowers. He didn't want our mom to be sad. He is a very thoughtful and caring person. He always tries to make everyone happy.

I talked to my mom the other day and she told me that he feels very sorry for not being able to be there for his son's birthday. He misses his son very much. And he is very regretful for what he did. He would like to learn from this experience and move forward with his life. I know he has learned his lesson. I hope you will consider his character and give him a lessened sentence.

Thank you in advance for your help and support to Hon Lam Luk in this important time.

Respectfully,

Hiu Wai Luk