# EXHIBIT 4

6060 California Cir., #106
Rockville, MD. 20852

March 7, 2020

Honorable Leonie M. Brinkema
U.S. Eastern District Court of Virginia
401 Courthouse Sq.
Alexandria, VA. 22314

RE: Leniency Request for Luk, Hon Lam

Dear Judge Brinkema:

My name is Jen-Chuan Chao, and I am writing to seek leniency for Hon Lam Luk, whom you will be sentencing for his crimes, on April 24, 2020.

I am Hon's brother-in-law and have known him for approximately 18 years. In those years, I have had the pleasure of watching him grow into a hard-working man, caring son and father, and loyal friend. All good and honorable traits, but it is unfortunate that the last trait is also what may have led him down the path culminating with him standing before you. A misguided loyalty and trust in others that did not have his best interest in their hearts. Of course, I do not believe that he is without blame, as we all must be responsible for the decisions we make. But I believe that this crime is not indicative of who he is as a person and I know he feels great remorse for his mistakes. Thus, it is my hope that you will grant him leniency and not let this mistake be what defines his life and the lives of his son and family.

If you would like to speak further about Hon, I am available at (240) 463-4426 or via email JenChuan.Chao@gmail.com. Thank you for your time and consideration.

Sincerely,

Jen-Chuan Chao