# EXHIBIT 5

February 26, 2020

Judge Brinkema
US District Court of Virginia
Alexandria, Virginia

Dear Judge Brinkema,

My name is Wing Kit Leung and I work with the USPS as a Mail Carrier for the past 15 years. I am writing to you to ask for leniency on the sentencing of LUK, HON LAM, my nephew, who was convicted for participating in illegal drug activities.

I have known my nephew since he was a young boy as he is the 1st son of my sister. I saw my nephew grow up to be a good boy to becoming a young main full of promise, until he himself became a father. Having a son, he worked hard as Manager for a Vietnamese/Chinese Restaurant for many years supporting himself and his child. My nephew was very helpful and would help me with yard work, and also assist me with fixing and repairing my older vehicles.

For the past 2 years, I have not seen him as much and somehow my nephew got involved with the wrong people, took the wrong turn and got on the road of irresponsibility just to make a quick profit, thinking maybe with the extra cash he will be able to help support his family. However; his bad decisions has brought him to this point of committing a crime in the State of Virginia and instead of bringing good, has brought harm and shame unto himself, his child and his immediate family.

I know that my nephew has to pay for his crime and be punished for the wrong actions he has taken; However, I would like to plead with your Honor to grant leniency on his sentencing. His incarceration will surely affect his family and his child. In fact, I can already see how my nephew now sees his mistakes clearly as he is very remorseful and wants to start his life anew. My nephew wants to take any classes for rehabilitation, and any other opportunities for self-improvement that will be available to him considering his current circumstances. I do believe that with his current predicament, he will resolve to come out of this experience a better person not only for himself and his family, but for society overall.

I hope and pray for your understanding and compassion. Please grant my nephew leniency in your judgement and give him another chance to make a better life for himself and his family. I can be reached at 703-260-1027 if needed.

Respectfully yours,

Wing Kit Leung