# SENTENCING HEARING

Judge Leonie M. Brinkema
Date: 07/21/20
Reporter: A. Thomson
Start: 9:29am   End: 9:45am
Pretrial ofc present

# UNITED STATES of AMERICA

CASE NUMBER: 1:20cr24

Vs.

HON LAM LUK

Counsel/Govt.: Bibeane Metsch   Counsel/Deft.: Steven Stone/Alfredo Acin
Court adopts PSI [ ] without exceptions [ ] with the following
exceptions:_____

**SENTENCING GUIDELINES:**                 Upon Motion of [ ] Deft [ ] Govt
Offense Level: 27                           Court depart from G/L pursuant to:
Criminal History: I                                        [ ] USSG 5K1.1
Imprisonment Range: 70 to 87 mths                          [ ] USSG 5C1.2
Supervised Release Range: 2 to 5 yrs(ct 1)
                         : 1 to 3 yrs(ct 2)                [ ] USSG 5K2.12
Restitution: $_____                               [ ] USSG 5H1.4
Fine Range: $ 25,000.00 to $ 10,000,000.00 (ct 1)
            $ 25,000.00 to $ 1,000,000.00  (ct 2)          [ ] _____
Special Assessment: $ 100.00 per Count

**JUDGMENT of the COURT:**
BOP for 46 months, each count, concurrent; with credit for time served
Supervised Release for 3 Years – each count, concurrent
Supervised Probation for _____ Years
Restitution: $ _____ payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____
to begin _____ days from imposition of sentence/release
Special Assessment: $ 200.00 [ ]Satisfied [x] Due immediately
Fine/Costs Waived [x] Interest Waived [ ]

**SPECIAL CONDITIONS:**
___ Home Confinement for the first _____ days/months of supervision, at the
    deft=s expense, w/leave as directed by Court.
 x  Deft. to remain drug free, In/Out patient treatment as directed.
     x Deft to pay costs as able         x Deft to waive privacy
___ Deft. to participate in _____ counseling as directed.
     ___ Deft to pay costs as able         ___ Deft to waive privacy
___ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly
     payments of $_____to begin _____ days from release from custody.
 x  Access to all financial information/records
___ No New Credit/No Purchases over $_____ without prior approval.
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment   ___ Full-time education program
___ Drug Testing Waived
 x  Other: no association with anyone using or selling drugs_____

_____

**RECOMMENDATION TO BOP:**

 x  Deft. to be designated to a Facility in Morgantown, WV_____.

 x  Residential Drug Abuse Treatment Program (RDAP)

___ Other: _____.

Defendant: [x] Remanded [ ] Self Surrender/Bond cont.

Deft advised of appeal rights