

Inmate Name: HON LUK
Register Number: 93972-083

Federal Prison Camp
P.O. Box 2000
Lewisburg, PA  17837

U.S. MARSHALS